IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James Freeman, [M03420] | ) | |
| | ) | Case No: 15 C 4994 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Guy Pierce, Warden | ) | |

**ORDER**

In accordance with the remand order issued by the U.S. Court of Appeals for the Seventh Circuit [R. 40], the petition for a writ of habeas corpus is GRANTED. Respondent shall release Petitioner from custody unless the State of Illinois initiates proceedings to retry him within 60 days of the date of this Order.

Dated: February 1, 2018

Chief Judge Ruben Castillo